## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| In re | ) Chapter 13 |
| FAOUZI A TALBY, | ) Case No. 2-09-bk-15817 |
| Debtor(s) | ) |

### REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)

　　PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (JCPENNEY CREDIT SERVICES [Last four digit of account:7492]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

　　GE Money Bank
　　c/o Recovery Management Systems Corp.
　　25 SE 2nd Avenue, Suite 1120
　　Miami, FL 33131-1605
　　Attn: Ramesh Singh
　　Telephone: (305) 379-7674
　　Facsimile: (305) 374-8113
　　E-mail: claims@recoverycorp.com

Dated: Miami, Florida
May 29, 2009

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Ramesh Singh

　　　　　　　　　　　　　　　　　　　　　　　　Ramesh Singh
　　　　　　　　　　　　　　　　　　　　　　　　c/o Recovery Management Systems Corp.
　　　　　　　　　　　　　　　　　　　　　　　　Financial Controller
　　　　　　　　　　　　　　　　　　　　　　　　25 SE 2nd Avenue, Suite 1120
　　　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131-1605
　　　　　　　　　　　　　　　　　　　　　　　　(305) 379-7674

Assignee Creditor: JCPENNEY CREDIT SERVICES [Last four digit of account:7492]