```
LAW OFFICE OF FRANK SORRENTINO            E-FILED: October 27, 2009
FRANK SORRENTINO, ESQ.
NB #000421
ANTHONY V. SORRENTINO, ESQ.
NB #000420
1118 East Carson Avenue
Las Vegas, Nevada 89101
(702) 384-6824
Attorneys for Debtor
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In the Matter of: | ) | Bankruptcy No: 09-15817-LBR |
|---|---|---|
|  | ) | Chapter 13 |
| Faouzi A. Talby | ) | Trustee: Kathleen Leavitt |
|  | ) | Date:  N/A |
|  | ) | Time:  N/A |
| Debtor. | ) |  |
|  | ) | **NOTICE OF APPLICATION** |
|  | ) | **FOR CONVERSION FROM** |
|  | ) | **CHAPTER 13 TO CHAPTER 7** |

COMES NOW, the Debtor, Faouzi A. Talby, by and through his attorneys, the LAW OFFICE OF FRANK SORRENTINO, and pursuant to Section 1307 of the United States Bankruptcy Code, hereby petitions the Court to convert his Chapter 13 bankruptcy proceeding to a Chapter 7 proceeding, and that Trustee expenses in the amount of $0.00 be awarded.

...

...

...

...

...

1     **THEREFORE,** Debtor respectfully requests that this Petition For Conversion from Chapter 13 to Chapter 7 be granted.

    DATED:<u>October 27, 2009</u>

                         LAW OFFICE OF FRANK SORRENTINO

                         /s/ Frank Sorrentino, Esq.
                           FRANK SORRENTINO, ESQ.
                           Attorney for Debtor

/Sfaouzi A. Talby
  Faouzi A. Talby

/s/ Kathleen A,. Leavitt
KATHLEEN A. LEAVITT
Chapter 13 Trustee